IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:22-CV-788-MMH-JBT

**JONATHAN WATTS**,

      **Plaintiff,**

v.

**THE TRAVELERS INDEMNITY COMPANY, a Foreign Profit Corporation,**

      **Defendant.**

_____

## STIPULATION FOR DISMISSAL

Plaintiff, **JONATHAN WATTS**, and Defendant, **THE TRAVELERS INDEMNITY COMPANY**, a Foreign Profit Corporation, by and through their respective undersigned counsel, and pursuant to Rule 41(a), Federal Rules of Civil Procedure, hereby Stipulate to the Dismissal with Prejudice of this action.

Dated this 29th day of August, 2023.      Dated this 29th day of August, 2023.

/s/ Fraz Ahmed                               /s/ Kimberly Woods
**FRAZ AHMED, ESQUIRE**             **KIMBERLY WOODS, ESQUIRE**
Florida Bar No.: 25653                Florida Bar No.: 115737
**DANA A. JACOBS, ESQUIRE**       **KRISTEN M. VAN DER LINDE**
Florida Bar No.: 59053                Florida Bar No.: 0964573
E-mail:     fa@cokerlaw.com           E-mail:     kwoods@boydjen.com
              daj@cokerlaw.com                       kvanderlinde@boydjen.com
              srh@cokerlaw.com                       hlob@boydjen.com
              mld@cokerlaw.com                     hpeterson@boydjen.com
136 East Bay Street                   201 North Hogan Street, Suite 400

| | |
|---|---|
| Jacksonville, Florida 32202<br>Telephone: (904) 356-6071<br>Facsimile: (904) 353-2425<br>*Counsel for Plaintiff* | Jacksonville, Florida 32202<br>Telephone: (904) 353-6241<br>Facsimile: (904)353-2863<br>*Counsel for Defendant* |