# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JONATHAN LEE WATTS,

    Plaintiff,

vs.                      Case No. 3:22-cv-788-MMH-JBT

THE TRAVELERS INDEMNITY COMPANY,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation for Dismissal (Dkt. No. 28; Stipulation) filed on August 29, 2023. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of August, 2023.

                                             MARCIA MORALES HOWARD
                                             United States District Judge

ja

Copies to:

Counsel of Record